```
AAMC BOSTON
350 SOUTH HUNTINGTON AVE
JAMAICA PLAIN, MA 02130


AM-PM CLEANING CORPORATION
295 WESTON ST
WALTHAM, MA 02453


AMERICAN ANIMAL HOSPITAL ASSOCIATION
PO BOX 172108
DENVER, CO 80217


ANIMAL BLOOD RESOURCES INT'L
PO BOX 1118
DIXON, CA 95620


ANTECH LABORATORIES DEPT
8805
LOS ANGELES, CA 90084


ARROW INTERNATIONAL, INC.
PO BOX 60519
CHARLOTTE, NC 28260


ARROW PAPER CORP
228 ANDOVER STREET
WILMINGTON, MA 01887


ASSOCIATE X-RAY IMAGING CORP
49 NETWORK STREET
HAVERHILL, MA 01832


AUTOCLAVE TESTING SERVICE, INC.
PO BOX 270
PEARL RIVER, NY 10965


BAYER HEALTHCARE ANIMAL HEALTH DIVISION
PO BOX 121026
DALLAS, TX 75312


BAYER HEALTHCARE ANIMAL HEALTH DIVISION
PO BOX 480108
KANSAS CITY, MO 64148
```

```
BLUE PRINTS VETERINARY MARKETING GROUP
9121 ATLANTA AVE, #328
HUNTINGTON BEACH, CA 92646


BROADVIEW NETWORKS
A/C AAAC
PO BOX 9242
UNIONDALE, NY 11555


BUSINESS WIRE, INC. DEPT
34182 PO BOX 39000
SAN FRANCISCO, CA 94139


BUTLER ANIMAL HEALTH SUPPLY
36527 TREASURY CENTER
CHICAGO, IL 60694


CHRISTOPHER DONATO, ESQ.
US ATTORNEY'S OFFICE
MOAKLEY FEDERAL COURTHOUSE
1 COURTHOUSE WAY, SUITE 9200
BOSTON, MA 02210


CIT TECHNOLOGY FINANCIAL SERVICES, INC
21146 NETWORK PLACE
CHICAGO, IL 60673


CITIBANK
100 CITIBANK DRIVE
P.O. BOX 769004
SAN ANTONIO, TX 78245


CITY OF WATHAM
TREASURER/COLLECTOR'S OFFICE
PO BOX 540190
WALTHAM, MA 02454


COMFORT AIR SYSTEMS, INC
119 HERBERT STREET
FRAMINGHAM, MA 01702
```

```
COMMONWEALTH OF MASSACHUSETTS
DIVISION OF UNEMPLOYMENT ASST.
BANKRUPTCY UNIT, 5TH FLOOR
19 STANIFORD STREET
BOSTON, MA 02114


COMMUNITY NEWSPAPER CO.
PO BOX 9113
NEEDHAM, MA 02492


DAN MURPHY
MURPHY LOMON & ASSOCIATES
P.O. BO X2205
DES PLAINES, IL 60017


DE LAGE LANDEN FINANCIAL SERVICES
PO BOX 41602
PHILADELPHIA, PA 19101


DECHRA VETERINARY PRODUCTS, LLC
PO BOX 28095
KANSAS CITY, MO 64188


DELUXE BUSINESS SYSTEMS
PO BOX 742572
CINCINNATI, OH 45274


DIRECT CAPITAL CORP
SONNITORL ALARM SYSTEM
1450 CHANNEL PARKWAY
MARSHALL, MN 56258


FEDEX FREIGHT
4103 COLLECTION CENTER DRIVE
CHICAGO, IL 60693


FORGET-ME-NOT PET CREMATORY, INC.
80 LYMAN STREET
PO BOX 134
NORTHBOROUGH, MA 01532


GATTO MCFERSON, CPA
528 ARIZONA AVE
SUITE 201
SANTA MONICA, CA 90401
```

```
GLEYSTEEN DESIGN LLC
39 SANDY POND ROAD
LINCOLN, MA 01773


GREMED
8880 NW 15 STREET
MIAMI, FL 33172


HIGHLAND CAPITAL CORPORATION
ATTN: CUSTOMER SERVICE DEPT
PO BOX 1224
LITTLE FALLS, NJ 07424


HMA DIRECT
PO BOX 4110
WOBURN, MA 01888


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES FUNCTION
P.O. BOX 9112
JFK BUILDING
BOSTON, MA 02203


JOHN DECOURCY ROOFING
62 MONTVALE AVENUE
STONEHAM, MA 02180


KRISHNA THANKEY PAULSON
373 HIGHLAND AVE, APT. 224
SOMERVILLE, MA 02144


LANDAUER, INC.
2 SCIENCE ROAD
GLENWOOD, IL 60425


LANDS END BUSINESS OUTFITTERS
PO BOX 217
DODGEVILLE, WI 53533


LEWIS LAW FIRM
1415 COLUMBIA
HOUSTON, TX 77008
```

```
LYON FINANCIAL
TRAVENOL PUMPS SHORELINE
CAGES PEN 02
PORTSMOUTH, NH


MAC GRAY
404  WYMAN STREET SUITE 400
INTERNAL MAIL SLOT #13
WALTHAM, MA 02451


MASSACHUSETTS DEPARTMENT OF REV
BANKRUPTCY/LITIGATION UNIT -7TH FL
P.O. BOX 9564
100 CAMBRIDGE STREET
BOSTON, MA 02114


MIDDLESEX SAVINGS BANK
6 MAIN STREET
NATICK, MA 01760


MURPHYLOMON & ASSOC.
PO BOX 2206
DES PLAINES, IL 60017


NAVIX DIAGNOSTICS, INC.
PO BOX 3698
BOSTON, MA 02241


NAYLA DALY
PUBLIC RELATIONS
39 PORTER STREET
WESTWOOD, MA 02090


NEW ENGLAND VETERINARY
ANESTHESIA SERVICES
10 TRINITY ROAD
WINCHESTER, MA 01890


NEW ENGLAND VETERINARY ONCOLOGY GROUP
180 BEAR HILL
SUITE C
WALTHAM, MA 02451
```

NEW ENGLAND X-RAY, INC.
101 BRICK KILN RD UNIT#4
CHELMSFORD, MA 01824


NEW GENERATION DEVICES, INC.
65 HARRISTOWN ROAD
GLEN ROCK, NJ 07452


NORTHERN BUSINESS MACHINES
24 TERRY AVENUE
BURLINGTON, MA 01803


OFFICE OF THE ATTORNEY GENERAL
COMMONWEALTH OF MASSACHUSETTS
ONE ASHBURTON PLACE
BOSTON, MA 02108


ONE COMMUNICATIONS COLLECTION AGENCY
PO BOX 20022
RENO, NV 89515


PACKER & MOVITZ, P.C.
195 WORCESTER STREET, SUITE 203
WELLESLEY HILLS, MA 02481


PAUL CAREY, ESQ.
MIRICK O'CONNELL
100 FRONT STREET
WORCESTER, MA 01608


PAWNEE LEASING
700 CENTRE AVE
FORT COLLINS, CO 80526


PETRAYS VETERINARY
200 VALLEYWOOD
SUITE B-200
SPRING, TX 77380


PHYSICAL SALES & SERVICES, INC.
4 THATCHER LANE
WAREHAM, MA 02571

```
PITNEY BOWES
PO BOX 856390
LOUISVILLE, KY 40285


RACKSPACE HOSTING
PO BOX 730759
DALLAS, TX 75373


RJ CINCOTTA
275 LEXINGTON STREET
PO BOX 540556
WALTHAM, MA 02454


RM FOLEY INC.
180 KERRY PLACE
NORWOOD, MA 02062


SAMUEL B. FINEMAN, ESQ.
COHEN FINEMAN, LLC
5 GREENTREE CENTRE, SUITE 104, ROUTE 73
MARLTON, NJ 08053


SHEELA DEVARAKONDA
1001 WORCESTER RD
FRAMINGHAM, MA 01701


SLATER, TENGALLA, FRITZ & HUNG
BLUE CROSS BLUE SHIELD
PO BOX 5476
MOUNT LAUREL, NJ 08054


SMALL BUSINESS ADMINISTRATION
10 CAUSEWAY STREET, ROOM 265
BOSTON, MA 02222


SOUND TECHNOLOGIES
5817 DRYDEN PLACE
SUITE 101
CARLSBAD, CA 92008


SOUTHERN ANESTHESIA & SURGICAL
ONE SOUTHERN COURT WEST
WEST COLUMBIA, SC 29169
```

```
SPECTRUM SURGICAL INSTRUMENTS CORP
4575 HUDSON DR.
STOW, OH 44224


STANLEY SECURITY SOLUTIONS
DEPT. CH. 10651
PALATINE, IL 60055


STEPHEN HANNAH'S BUSINESS CO.



STERICYCLE INC.
PO BOX 9001590
LOUISVILLE, KY 40290


THE HARTFORD
PO BOX 2097
HARTFORD, CT 06104


TMP CONSULTING ENGINEERS, INC
52 TEMPLE PLACE
BOSTON, MA 02111


TRANSWORLD SYSTEMS
24890 NETWORK PLACE
CHICAGO, IL 60673


TUFTS HEALTH PLAN
PO BOX 9224
CHELSEA, MA 02150


VERIZON WIRELESS
PO BOX 15062
ALBANY, NY 12212


VESCONE
180 BEAR HILL ROAD
WALTHAM, MA 02454


VET SURGICAL RESOURCES
PO BOX 368
1145 STAFFORD ROAD
DARLINGTON, MD 21034
```

```
VIA
2401 INTERNET BLVD
SUITE 111
FRISCO, TX 75034


WALTHAM WEST SUBURBAN CHAMBER OF COMMERC
84 SOUTH STREET
WALTHAM, MA 02453


WARREN J. HURWITZ
GREENZANG & HURWITZ
233 NEEDHAM STREET SUITE
NEWTON UPPER FALLS, MA 02464


WB MASON CO, INC
PO BOX 55840
BOSTON, MA 02205


WEBSTER VETERINARY SUPPLY
28905 NETWORK PLACE
CHICAGO, IL 60673
```