B6A (Official Form 6A) (12/07)

.

In re **Vetcision, LLC**                              ,     Case No. _____**10-17122-HJB**_____

Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |
| | (Report also on Summary of Schedules) | | |

__0__ continuation sheets attached to the Schedule of Real Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com            Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re  __Vetcision, LLC_____,                    Case No. __10-17122-HJB_____

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Accounts (2)** | - | 25,000.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Insurance policies on owner, bank required** | - | 0.00 |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >          25,000.00
(Total of this page)

  __2__  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re     **Vetcision, LLC**                                                                    Case No.     **10-17122-HJB**
_____,
                                   Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts Receivables** | - | 45,145.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Claim against Mouffet** | - | 19,000.00 |
| | | **Claim against IDEXX. Federal Court Action** | - | 250,000.00 |

Sub-Total >          314,145.00
(Total of this page)

Sheet ___1___ of ___2___ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Vetcision, LLC**                                                              ,    Case No. __**10-17122-HJB**__
Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| | | **Claim against HMA. State Court Action. Actaul damages plus consequential** | - | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | **Referring veterinaries and customers** | - | **Unknown** |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Office equipment, furnishings, supplies (liquidation value)** | - | **16,000.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Equipment and instruments (liquidation value)** | - | **82,000.00** |
| 30. Inventory. | | **Miscellaneous pharmacy inventory** | - | **17,000.00** |
| | | **Surgery Disposable Inventory/Stock Inventory** | - | **35,000.00** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | |
|---|---:|
| Sub-Total > (Total of this page) | 150,000.00 |
| Total > | 489,145.00 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re    **Vetcision, LLC**                                    Case No.    **10-17122-HJB**
_____,
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **Middlesex Savings Bank** **6 Main Street** **Natick, MA 01760** | X | - | | | | | | |
| | | | Value $             0.00 | | | | 2,300,000.00 | 0.00 |
| Account No. | | | | | | | | |
| **Paul Carey, Esq.** **Mirick O'Connell** **100 Front Street** **Worcester, MA 01608** | | | **Additional Notice** **Middlesex Savings Bank** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| **Small Business Administration** **10 Causeway Street, Room 265** **Boston, MA 02222** | X | - | | | | | | |
| | | | Value $             0.00 | | | | 1,900,000.00 | 1,900,000.00 |
| Account No. | | | | | | | | |
| **Christopher Donato, Esq.** **US Attorney's Office** **Moakley Federal Courthouse** **1 Courthouse Way, Suite 9200** **Boston, MA 02210** | | | **Additional Notice** **Small Business Administration** | | | | **Notice Only** | |
| | | | Value $ | | | | | |

___**0**___ continuation sheets attached

|  | Subtotal (Total of this page) | 4,200,000.00 | 1,900,000.00 |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | 4,200,000.00 | 1,900,000.00 |

B6E (Official Form 6E) (4/10)

.

In re      **Vetcision, LLC**                                                    Case No.    **10-17122-HJB**

_____,
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    **Vetcision, LLC**                                                                                    Case No.    **10-17122-HJB**
                                                                              ,
                                              Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Real Estate Taxes | | | | | | |
| **City of Watham Treasurer/Collector's Office PO Box 540190 Waltham, MA 02454** | - | | | | | X | 85,213.49 | **Unknown** | **Unknown** |
| Account No. | | | | | | | | | |
| **Commonwealth of Massachusetts Division of Unemployment Asst. Bankruptcy Unit, 5th Floor 19 Staniford Street Boston, MA 02114** | - | | | | | | 0.00 | **0.00** | 0.00 |
| Account No. | | | | | | | | | |
| **Internal Revenue Service Special Procedures Function P.O. Box 9112 JFK Building Boston, MA 02203** | - | | | | | | 0.00 | **0.00** | 0.00 |
| Account No. | | | | | | | | | |
| **Massachusetts Department of Rev Bankruptcy/Litigation Unit -7th Fl P.O. Box 9564 100 Cambridge Street Boston, MA 02114** | - | | | | | | 0.00 | **0.00** | 0.00 |
| Account No. | | | Payment to Employee | | | | | | |
| **Office of the Attorney General Commonwealth of Massachusetts One Ashburton Place Boston, MA 02108** | - | | | | | X | 300.00 | **300.00** | |

Sheet   **1**   of   **1**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 85,513.49 | **300.00** 0.00 |
| Total (Report on Summary of Schedules) | 85,513.49 | **300.00** 0.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re     **Vetcision, LLC**                                                                    Case No.    **10-17122-HJB**
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **AAMC Boston** **350 South Huntington Ave** **Jamaica Plain, MA 02130** | - | | | | | | 1,503.25 |
| Account No. | | | | | | | |
| **AM-PM Cleaning Corporation** **295 Weston St** **Waltham, MA 02453** | - | | | | | | 851.44 |
| Account No. | | | | | | | |
| **American Animal Hospital Association** **PO Box 172108** **Denver, CO 80217** | - | | | | | | 475.00 |
| Account No. | | | | | | | |
| **Animal Blood Resources Int'l** **PO Box 1118** **Dixon, CA 95620** | - | | | | | | 2,066.01 |
| __15__ continuation sheets attached | | | | Subtotal (Total of this page) | | | 4,895.70 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    S/N:27248-100329   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Vetcision, LLC**                                                          Case No.    **10-17122-HJB**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Antech Laboratories Dept** <br> **Attn: Tiffany** <br> **17672-A Cowan Ave** <br> **Suite 200** <br> **Irvine, CA 92614** | - | | | | | | | 10,927.70 |
| Account No. <br><br> **Arrow International, Inc.** <br> **PO Box 60519** <br> **Charlotte, NC 28260** | - | | | | | | | 1,169.10 |
| Account No. <br><br> **Arrow Paper Corp** <br> **228 Andover Street** <br> **Wilmington, MA 01887** | - | | | | | | | 284.72 |
| Account No. <br><br> **Associate X-Ray Imaging Corp** <br> **49 Network Street** <br> **Haverhill, MA 01832** | - | | | | | | | 1,843.44 |
| Account No. <br><br> **Autoclave Testing Service, Inc.** <br> **PO Box 270** <br> **Pearl River, NY 10965** | - | | | | | | | 135.00 |

Sheet no. __1___ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **14,359.96**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Vetcision, LLC**                                          Case No.  **10-17122-HJB**
_____,
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.  **Bayer HealthCare Animal Health Division** PO Box 121026 Dallas, TX 75312 | - | | | | | | | 1,903.42 |
| Account No.  **Bayer HealthCare Animal Health Division** PO Box 480108 Kansas City, MO 64148 | | | | Additional Notice Bayer HealthCare Animal Health Division | | | | **Notice Only** |
| Account No.  **Blue Prints Veterinary Marketing Group** 9121 Atlanta Ave, #328 Huntington Beach, CA 92646 | - | | | | | | X | 30,000.00 |
| Account No.  **Broadview Networks** Legal Dept 800 Westchester Ave N-501 Port Chester, NY 10573 | - | | | | | | X | 36,659.52 |
| Account No.  **Business Wire, Inc. Dept** 34182 PO Box 39000 San Francisco, CA 94139 | - | | | | | | | 250.00 |

Sheet no. __2__ of __15__ sheets attached to Schedule of            Subtotal            | 68,812.94 |
Creditors Holding Unsecured Nonpriority Claims                  (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Vetcision, LLC**                                                    Case No.  **10-17122-HJB**
                                        ,
                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Butler Animal Health Supply Corporate** 400 Metro Place North Dublin, OH 43017 | | - | | | | | 21,718.32 |
| Account No. | | | | | | | |
| **CIT Technology Financial Services, Inc** 21146 Network Place Chicago, IL 60673 | X | - | | | | X | 4,777.62 |
| Account No. | | | | | | | |
| **Citibank** 100 Citibank Drive P.O. Box 769004 San Antonio, TX 78245 | X | - | | | | X | 108,000.00 |
| Account No. | | | | | | | |
| **Comfort Air Systems, Inc** 119 Herbert Street Framingham, MA 01702 | | - | | | | | 1,060.71 |
| Account No. | | | | | | | |
| **Community Newspaper Co.** PO Box 9113 Needham, MA 02492 | | - | | | | | 418.72 |

Sheet no.  **3**   of  **15**   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **135,975.37**

B6F (Official Form 6F) (12/07) - Cont.

In re **Vetcision, LLC**                                              Case No. **10-17122-HJB**
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | | | | X | |
| De Lage Landen Financial Services PO Box 41602 Philadelphia, PA 19101 | | | | | | | | 43,000.00 |
| Account No. | | | | Additional Notice De Lage Landen Financial Services | | | | Notice Only |
| Samuel B. Fineman, Esq. Cohen Fineman, LLC 5 Greentree Centre, Suite 104, Route 73 Marlton, NJ 08053 | | | | | | | | |
| Account No. | | - | | | | | X | |
| Dechra Veterinary Products, LLC PO Box 28095 Kansas City, MO 64188 | | | | | | | | 604.95 |
| Account No. | | - | | | | | | |
| Deluxe Business Systems PO Box 742572 Cincinnati, OH 45274 | | | | | | | | 20.00 |
| Account No. | X | - | | | | | X | |
| Direct Capital Corp Sonnitorl Alarm System 1450 Channel Parkway Marshall, MN 56258 | | | | | | | | 73,000.00 |

Sheet no. __4__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          116,624.95

B6F (Official Form 6F) (12/07) - Cont.

In re  **Vetcision, LLC**                                              Case No.  **10-17122-HJB**
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**FedEx Freight**<br>**4103 Collection Center Drive**<br>**Chicago, IL 60693** | - | | | | | | | 704.44 |
| Account No.<br><br>**Forget-Me-Not Pet Crematory, Inc.**<br>**80 Lyman Street**<br>**PO Box 134**<br>**Northborough, MA 01532** | - | | | | | | | 4,629.80 |
| Account No.<br><br>**Gatto McFerson, CPA**<br>**528 Arizona Ave**<br>**Suite 201**<br>**Santa Monica, CA 90401** | - | | | | | | | 17,326.00 |
| Account No.<br><br>**Gleysteen Design LLC**<br>**39 Sandy Pond Road**<br>**Lincoln, MA 01773** | - | | | | | | X | 6,322.86 |
| Account No.<br><br>**GreMed**<br>**8880 NW 15 Street**<br>**Miami, FL 33172** | - | | | | | | | 306.22 |

Sheet no.  **5**   of  **15**   sheets attached to Schedule of                    Subtotal              29,289.32
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Vetcision, LLC**                                          , Case No.   **10-17122-HJB**
_____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Hannah  Co. Consulting** **107 Meridia Drive** **Sonoma, CA 95476** | - | | | | | | 34,650.00 |
| Account No. | | | | | | | |
| **Highland Capital Corporation** **Attn: Customer Service Dept** **PO Box 1224** **Little Falls, NJ 07424** | - | | | | | X | 182,825.53 |
| Account No. | | | | | | | |
| **HMA Direct** **PO Box 4110** **Woburn, MA 01888** | - | | | | | X | 16,326.68 |
| Account No. | | | | | | | |
| **Landauer, Inc.** **2 Science Road** **Glenwood, IL 60425** | - | | | | | | 1,021.46 |
| Account No. | | | | | | | |
| **Lands End Business Outfitters** **PO Box 217** **Dodgeville, WI 53533** | - | | | | | | 33.95 |

Sheet no. __6__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                   234,857.62

B6F (Official Form 6F) (12/07) - Cont.

In re  **Vetcision, LLC**                                                          ,          Case No.  **10-17122-HJB**
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Lyon Financial d/b/a US Bancorp Manifest Funding Servic 1450 Channel Parkway Marshall, MN 56258** | - | | | | | | X | 97,000.00 |
| Account No. | | | | | | | | |
| **Mac Gray 404 Wyman Street Suite 400 Internal Mail Slot #13 Waltham, MA 02451** | - | | | | | | | 140.00 |
| Account No. | | | | | | | | |
| **MurphyLomon & Assoc. PO Box 2206 Des Plaines, IL 60017** | - | | | | | | X | 49,972.00 |
| Account No. | | | | | | | | |
| **Navix Diagnostics, Inc. PO Box 3698 Boston, MA 02241** | - | | | | | | | 250.00 |
| Account No. | | | | | | | | |
| **Nayla Daly Public Relations 39 Porter Street Westwood, MA 02090** | - | | | | | | X | 3,965.00 |

Sheet no. __7__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

151,327.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Vetcision, LLC**                                                    Case No.   **10-17122-HJB**
_____,
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| New England Veterinary Anesthesia Services 10 Trinity Road Winchester, MA 01890 | - | | | | | | | 3,070.61 |
| Account No. | | | | | | | | |
| New England Veterinary Oncology Group 180 Bear Hill Suite C Waltham, MA 02451 | - | | | | | | | 15,200.00 |
| Account No. | | | | | | | | |
| New England X-Ray, Inc. 101 Brick Kiln Rd Unit#4 Chelmsford, MA 01824 | - | | | | | | | 599.00 |
| Account No. | | | | | | | | |
| New Generation Devices, Inc. 65 Harristown Road Glen Rock, NJ 07452 | - | | | | | | | 200.00 |
| Account No. | | | | | | | | |
| Northern Business Machines 24 Terry Avenue Burlington, MA 01803 | - | | | | | | X | Unknown |

Sheet no. __8___ of __15__ sheets attached to Schedule of          Subtotal                  19,069.61
Creditors Holding Unsecured Nonpriority Claims                 (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Vetcision, LLC**                                                        ,      Case No.    **10-17122-HJB**
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | | | | | | |
| **One Communications Collection Agency PO Box 20022 Reno, NV 89515** | - | | | | | | | X | 154.38 |
| Account No. | | | | | | | | | |
| **Pawnee Leasing 700 Centre Ave Fort Collins, CO 80526** | - | | | | | | | X | 15,125.00 |
| Account No. | | | | | | | | | |
| **PetRays Veterinary 200 Valleywood Suite B-200 Spring, TX 77380** | - | | | | | | | | 1,302.50 |
| Account No. | | | | | | | | | |
| **Lewis Law Firm 1415 Columbia Houston, TX 77008** | - | | | | Additional Notice PetRays Veterinary | | | | **Notice Only** |
| Account No. | | | | | | | | | |
| **Physical Sales & Services, Inc. 4 Thatcher Lane Wareham, MA 02571** | - | | | | | | | | 2,351.71 |

| | | |
|---|---|---|
| Sheet no. __9___ of __15__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 18,933.59 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Vetcision, LLC**                                                                    , Case No.    **10-17122-HJB**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | | | | | |
| **Pitney Bowes** **PO Box 856390** **Louisville, KY 40285** | | - | | | | | | X | 168.44 |
| Account No. | | | | | | | | | |
| **Rackspace Hosting** **PO Box 730759** **Dallas, TX 75373** | | - | | | | | | X | 5,139.67 |
| Account No. | | | | | | | | | |
| **River Valley Credit Union** **505 Earl Blvd.** **Miamisburg, OH 45342** | X | - | | | | | | X | 25,000.00 |
| Account No. | | | | | | | | | |
| **RJ Cincotta** **275 Lexington Street** **PO Box 540556** **Waltham, MA 02454** | | - | | | | | | X | 1,335.00 |
| Account No. | | | | | | | | | |
| **RM Foley Inc.** **180 Kerry Place** **Norwood, MA 02062** | | - | | | | | | | 420.04 |

Sheet no. __10__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

32,063.15

B6F (Official Form 6F) (12/07) - Cont.

In re **Vetcision, LLC** , Case No. **10-17122-HJB**
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| **Sheela Devarakonda** **1001 Worcester Rd** **Framingham, MA 01701** | - | | | | | | | X | 7,500.00 |
| Account No. | | | | | | | | | |
| **Slater, Tengalla, Fritz & Hung** **Blue Cross Blue Shield** **PO Box 5476** **Mount Laurel, NJ 08054** | - | | | | | | | X | 16,029.60 |
| Account No. | | | | | | | | | |
| **Sound Technologies** **5817 Dryden Place** **Suite 101** **Carlsbad, CA 92008** | - | | | | | | | | 5,871.26 |
| Account No. | | | | | | | | | |
| **Southern Anesthesia & Surgical** **One Southern Court West** **West Columbia, SC 29169** | - | | | | | | | | 2,051.10 |
| Account No. | | | | | | Unsecured line of credit | | | | |
| **Sovereign Bank** **R11 EPV 02-23** **One Sovereign Way** **Riverside, RI 02915** | - | | | | | | | | 85,000.00 |

Sheet no. __11__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **116,451.96**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Vetcision, LLC**                                          ,    Case No.  __10-17122-HJB__
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  **Spectrum Surgical Instruments Corp 4575 Hudson Dr. Stow, OH 44224** | - | | | | | | 788.95 |
| Account No.  **Stanley Security Solutions Dept. Ch. 10651 Palatine, IL 60055** | - | | Security system install service | | | X | 5,000.00 |
| Account No.  **Dan Murphy Murphy Lomon & Associates P.O. Bo x2205 Des Plaines, IL 60017** | | | Additional Notice Stanley Security Solutions | | | | Notice Only |
| Account No.  **Stericycle Inc. PO Box 9001590 Louisville, KY 40290** | - | | | | | | 2,336.90 |
| Account No.  **The Hartford PO Box 2097 Hartford, CT 06104** | - | | | | | X | 0.00 |

Sheet no. __12__ of __15__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,125.85

B6F (Official Form 6F) (12/07) - Cont.

In re   **Vetcision, LLC**                                    , Case No.   **10-17122-HJB**
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **TMP Consulting Engineers, Inc** **52 Temple Place** **Boston, MA 02111** | - | | | | | | X | 10,521.49 |
| Account No. | | | | | | | | |
| **Transworld Systems** **24890 Network Place** **Chicago, IL 60673** | - | | | | | | X | 499.67 |
| Account No. | | | | | | | | |
| **Tufts Health Plan** **705 Mt. Auburn Street** **Watertown, MA 02472** | - | | | | | | | 24,945.18 |
| Account No. | | | | | | | | |
| **Verizon Wireless** **PO Box 15062** **Albany, NY 12212** | - | | | | | | | 2,594.36 |
| Account No. | | | | | | | | |
| **VESCONE** **180 Bear Hill Road** **Waltham, MA 02454** | - | | | | | | X | Unknown |

Sheet no. __13__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          38,560.70

B6F (Official Form 6F) (12/07) - Cont.

In re    **Vetcision, LLC**                                                                          , Case No.    **10-17122-HJB**
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Vet Surgical Resources PO Box 368 1145 Stafford Road Darlington, MD 21034** | - | | | | | | | 9,517.67 |
| Account No. | | | | | | | | |
| **VIA 2401 Internet Blvd Suite 111 Frisco, TX 75034** | - | | | | | | | 3,516.45 |
| Account No. | | | | | | | | |
| **Waltham West Suburban Chamber of Commerc 84 South Street Waltham, MA 02453** | - | | | | | | | 260.00 |
| Account No. | | | | | | | | |
| **Warren J. Hurwitz Greenzang & Hurwitz 233 Needham Street Suite Newton Upper Falls, MA 02464** | - | | | | | | X | 1,240.00 |
| Account No. | | | | | | | | |
| **WB Mason Co, Inc PO Box 55840 Boston, MA 02205** | - | | | | | | | 2,999.12 |

Sheet no. __14__ of __15__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

17,533.24

B6F (Official Form 6F) (12/07) - Cont.

In re    **Vetcision, LLC**                                          ,          Case No.     **10-17122-HJB**
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Webster Veterinary Supply 28905 Network Place Chicago, IL 60673** | - | | | | | | | 1,914.81 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __15__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **1,914.81**

Total
(Report on Summary of Schedules)        **1,008,795.77**

B6G (Official Form 6G) (12/07)

.

In re    **Vetcision, LLC**                                                          Case No.   **10-17122-HJB**
                                                    ,
                                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
|---|---|
| **Care Creditcard** | **Contract for Financing of services** |
| **De Lage Landen Financial Services, Inc.** | **Lease Rental Equipment** |
| **Direct Capital Corporation** | **Equipment contract for 1 access control system, 1 burglar alarm system, one CCTV system and 1 fire alarmesystem; for the lease term of 60 months beginning on 6/30/08; signed on 3/26/08** |
| **Heartland Payment Systems** | **Contract for POS system** |
| **Highland Capital Corp (lessor)<br>5 Center Avenue<br>Little Falls, NJ 07424** | **contract number20080653 is for the rental of Idexx Digital Radiography System, 72 monthly rental payments of $1741.0 signed on 5.22.08; another contract for an IDEXX Cornerstone System for 72 monthly rental payments of $1182.79 signed on  5.22.08** |
| **HMA et al.** | **self-funded employee health insurance plan with stop-loss coverage instead of conventional insurance.** |
| **IDEXX Laboratories** | **diagnostic services and equipment contract** |
| **Lyon Financial Services** | **equipment includes: kennels (removal is impossible w/o damaging the building), cages, an oxygen machine (affixed to the premise), a veterinary testing station, and furnishings; equipment cost: $12,888.21, Schedule of Rental Payments Terms of the Lease 36 monthly payments; payment of 626.88; initial payment of $1616.46** |

**1**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re    **Vetcision, LLC**                                                              Case No.   **10-17122-HJB**
                                                        ,
                                                Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Pawnee Leasing Corporation**<br>**155 Commerce Way**<br>**Portsmouth, NH 03801** | **leasing of equipment: (1) one interior sign package--vetcision logo, refreshment ceter, 3 Restrooms, 8 Room nos (2) Exterior sign package: one vetcision logo 12x42 reverse channel and 1 vetinary emergency 96x11 lll Sign Box;**<br>**equipment cost: $10863.06**<br>**Rental payments: 36 months, payment of 535.77, security deposit of $1125.12; total initial payment of $1456.03, signed 1/16/09 by Brian Huss;**<br>**lessor: Direct Capital Corporation**<br>**Guarantor: Brian Huss**<br>**Lease # 304551**<br>**Lesser: Direct Capital Corporation**<br>**Assignment of Lease: Pawnee Leasing Corporation**<br>**\*\*\*see also Sonitrol** |
| **Phillippe Moufflet** | **Vetcision contracted with Moufflet for services on August 7, 2007 for computer service consultant.** |
| **Sonitrol/Stanley Security** | **number of contracts for alarm and sprinkler system** |

Sheet    **1**    of    **1**    continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                                                          Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re **Vetcision, LLC**                                                                Case No.    **10-17122-HJB**
_____,
                              Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Chiron Properties** | **Direct Capital Corp**<br>**Sonnitorl Alarm System**<br>**1450 Channel Parkway**<br>**Marshall, MN 56258** |
| **Chiron Properties** | **Small Business Administration**<br>**10 Causeway Street, Room 265**<br>**Boston, MA 02222** |
| **Chiron Properties, LLC** | **Middlesex Savings Bank**<br>**6 Main Street**<br>**Natick, MA 01760** |
| **Dr. Brian Huss** | **Middlesex Savings Bank**<br>**6 Main Street**<br>**Natick, MA 01760** |
| **Dr. Brian Huss** | **Small Business Administration**<br>**10 Causeway Street, Room 265**<br>**Boston, MA 02222** |
| **Dr. Brian Huss** | **CIT Technology Financial Services, Inc**<br>**21146 Network Place**<br>**Chicago, IL 60673** |
| **Dr. Brian Huss** | **Citibank**<br>**100 Citibank Drive**<br>**P.O. Box 769004**<br>**San Antonio, TX 78245** |
| **Dr. Brian Huss** | **River Valley Credit Union**<br>**505 Earl Blvd.**<br>**Miamisburg, OH 45342** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### District of Massachusetts

In re __Vetcision, LLC__ _____
_____
Debtor(s)

Case No. __10-17122-HJB__
Chapter __11__

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the Manager of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___28___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __July 21, 2010__ _____

Signature __/s/ Brian T. Huss__ _____
__Brian T. Huss__
__Manager__

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

Best Case Bankruptcy