UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

_____
In Re:                                              )
                                                    )    Chapter 11
VETCISION, LLC                                      )    Case No. 10-17122-HJB
                                                    )
    Confirmed Debtor                              )
_____)
In Re:                                              )
                                                    )    Chapter 11
CHIRON PROPERTIES, LLC                              )    Case No. 10-17143-HJB
                                                    )
    Confirmed Debtor                              )
_____)

## MOTION FOR ENTRY OF FINAL DECREE AND ORDER CLOSING CASE

      The Debtors, having filed the final account as annexed to this motion, hereby moves for entry of the final decree and the issuance of an order closing this case pursuant to 11 U.S.C. Sec 350(a), Fed.R.Bankr.P.Rule 3022 and MLBR 3022-1.  In support thereof, the Debtors rely on the affidavit of their Manager, Brian T. Huss and counsel, John M. McAuliffe.

1. This Court entered an Order confirming the First Amended Plan of Reorganization (the "Plan") on September 30, 2011.

2. The Plan has been substantially consummated in accordance with 11 U.S.C. Sec. 1101(2) and the provisions of the Plan and Confirmation Order.

3. A trustee has not been appointed in this case.

4. All subsequent orders of the Court have been complied with.

5. The case may be closed in accordance with Fed.R.Bankr.P.Rule 3022.

6. Debtors have paid, or made arrangements to pay, all administrative expenses. (Exhibit A)

7. The Debtor has made the first distribution to the general unsecured creditors under the Plan according to the terms of the First Amended Plan which are incorporated within the terms of the Order Confirming the Plan and as evidenced by the accounting attached hereto as Exhibit B.

8. The remaining distributions to the general unsecured creditors under the Plan according to the terms of the First Amended Plan which are incorporated within the terms of the Order Confirming the Plan are attached as Exhibit C.

8. The Debtors executed all agreements and documents in accordance with the Plan as evidenced by affidavit of Brian T. Huss, the affidavit of Debtors' Counsel and exhibits incorporated within the order confirming the plan.

9. The Debtors have made all initial priority payment installments in accordance with the Plan as evidenced by the affidavit of Brian T. Huss, and the affidavit of Debtors' Counsel.

10. The Debtors have resolved all claims and objections.

11. All preference and avoidance actions have been settled or otherwise resolved.

WHEREFORE, the Debtors respectfully request that this Court enter the Final Decree and issue an Order closing these cases.

Respectfully submitted,
Vetcision, LLC &
Chiron Properties, LLC
By their Attorney,

/s/ John M. McAuliffe,
John M. McAuliffe, Esq.
McAuliffe & Assoc., P.C.
430 Lexington Street
Newton, MA 02446
(617) 558-6889
BBO #555109
mcauliffeassociates@hotmail.com

Dated: July 20, 2012

2

EXHIBIT A

|  | Name | Street | City | State | Zip Code | Amount Paid |
|---|---|---|---|---|---|---|
| Debtor's Counsel | McAuliffe & Associates | 430 Lexington Street | Newton | MA | 02466 | $47,318.90 |
| Real Estate Taxes | City of Waltham | 610 Main Street | Waltham | MA | 02452 | $28,000.00 |
| United States Trustee | John W. McCormack Buildi | 5 Post Office Square | Boston | MA | 02109 | $11,050.00 |

Case 10-17122 Doc 142 Filed 07/20/12 Entered 07/20/12 19:59:06 Desc Main
Document Page 4 of 11
EXHIBIT B

VETCISION

| Creditor | Street 2 | City | State | Zip | First Distribution |
|---|---|---|---|---|---|
| AAMC Boston | 350 South Huntington Ave | Jamaica Plain | MA | 02130 | $18.03 |
| AM-PM Cleaning Corporation | 24 Adams Street | Qunicy | MA | 02169 | $10.21 |
| American Animal Hospital Association | P.O. Box 172108 | Denver | CO | 80217 | $5.70 |
| Animal Blood Resources, International | P.O. Box 1118 | Dixon | CA | 95620 | $24.05 |
| Antech Laboratories Dept | 17672-A Cowan Ave, Suite 200 | Irvine | CA | 92614 | $131.03 |
| Arrow International, Inc. | P.O. Box 60519 | Charlotte | NC | 28260 | $14.02 |
| Arrow Paper Corp | 228 Andover Street | Wilmington | MA | 01887 | $3.41 |
| Associate X-Ray Imaging Corp | 49 Newark Street | Haverhill | MA | 01832 | $22.10 |
| Autoclave Testing Service, Inc. | P.O. Box 270 | Pearl River | NY | 10965 | $1.62 |
| Bayer HealthCare Animal Health Division | P.O. Box 12106 | Dallas | TX | 75312 | $10.25 |
| Blue Prints Veterinary Marketing Group | 9121 Atlanta Avenue, #328 | Huntington Beach | CA | 92646 | $359.73 |
| Business Wire, Inc. | 44 Montgomery Street, 39th Floor | San Francisco | CA | 94104 | $3.00 |
| Butler Animal Health Supply | 400 Metro Place North | Dublin | OH | 43017 | $260.42 |
| Citibank | 100 Citibank Dr., P.O. Box 769004 | San Antonio | TX | 78245 | $1,295.03 |
| Comfort Air Systems, Inc. | 119 Herbert Street | Framingham | MA | 01702 | $12.72 |
| Community Newspaper Co. | P.O. Box 9113 | Needham | MA | 02492 | $5.02 |
| Dechra Veterinary Products, LLC | P.O. Box 28095 | Kansas City | MO | 64188 | $7.25 |
| Deluxe Business Systems | P.O. Box 742572 | Cincinatti | OH | 45274 | $0.24 |
| FedEx Freight | P.O. Box 840 | Harrison | AR | 72602 | $4.39 |
| Forget-Me-Not Pet Crematory, Inc. | 80 Lyman St., P.O. Box 134 | Northborgh | MA | 01532 | $55.52 |
| Gatto McFerson, CPA | 528 Arizona Ave, Suite 201 | Santa Monica | CA | 90401 | $207.77 |
| Gleysteen Design LLC | 39 Sandy Pond Road | Lincoln | MA | 01773 | $75.82 |
| GreMed | 8880 NW 15 Street | Miami | FL | 33172 | $3.67 |
| Highland Capital Corporation | P.O. Box 1224 | Little Falls | NJ | 07424 | $2,115.02 |
| Landauer, Inc | 2 Science Road | Glenwood | IL | 60425 | $12.25 |
| Lands End Business Outfitters | P.O. Box 217 | Dodgeville | WI | 53533 | $0.41 |
| Mac Gray | 44 Wyman Street, Suite 400 | Waltham | MA | 02451 | $1.68 |
| Massachusetts Department of Revenue | P.O. Box 9564 | Boston | MA | 02114 | $1.72 |
| Middlesex Savings Bank | 6 Main Street | Natick | MA | 01760 | $4,457.06 |
| Navix Diagnostics, Inc. | P.O. Box 3698 | Boston | MA | 02241 | $3.00 |
| Nayla Daly | 39 Porter Street | Westwood | MA | 01890 | $47.54 |

| | | | | | |
|---|---|---|---|---|---|
| New England Veterinary | 10 Trinity Road | Winchester | MA | 01890 | $36.82 |
| New England Veterinary Oncology Group | 180 Bear Hill, Suite C | Waltham | MA | 02451 | $174.41 |
| New England X-Ray, Inc. | 1507 Post Road | Warwick | RI | 02888 | $7.18 |
| Office of the Attorney General | One Ashburton Place | Boston | MA | 02108 | $3.60 |
| One Communications Collection Agency | 5 Wall Street | Burlington | MA | 01803 | $1.85 |
| Paula F. Moon-Massat | Pollack & Flanders, 185 Devonshire St | Boston | MA | 02110 | $36.82 |
| PetRays, LP | Lewis & Barnes, 4801 Woodway Drive | Houston | TX | 77056 | $47.99 |
| Physical Sales & Services, Inc. | 4 Thatcher Lane | Wareham | MA | 02571 | $28.20 |
| Pitney Bowes | P.O. Box 856390 | Louisville | KY | 40285 | $2.02 |
| River Valley Credit Union | 505 Earl Blvd. | Miamisburg | OH | 45342 | $239.82 |
| RM Foley, Inc | 180 Kerry Place | Norwood | MA | 02062 | $5.04 |
| Sheela Devarakonda | 1001 Worcester Road | Framingham | MA | 01701 | $89.93 |
| Small Business Administration | 10 Causeway Street, Room 265 | Boston | MA | 02222 | $25,853.23 |
| Sound Technologies | 5817 Dryden Place, Suite 101 | Carlsbad | CA | 92008 | $70.40 |
| Southern Anestesia & Surgical | One Southern Court West | West Columbia | SC | 29169 | $24.60 |
| Sovereign Bank | One Sovereign Way | Riverside | RI | 02915 | $1,019.23 |
| Spectrum Surgical Instruments Corp | 4575 Hudson Drive | Stow | OH | 44224 | $9.46 |
| Stericycle Inc. | P.O. Box 9001590 | Louisville | KY | 40290 | $28.02 |
| TBF Financial, LLC | 520 Lake Cook Road, Suite 510 | Deerfield | IL | 60015 | $45.97 |
| Verizon Wireless | P.O. Box 3397 | Bloomington | IL | 61702 | $26.59 |
| Vet Surgical Resources | 1145 Stafford Road | Darlington | MD | 21034 | $127.22 |
| VIA | 2401 Internet Blvd., Suite 111 | Frisco | TX | 75034 | $42.17 |
| Waltham West Suburban Chamber of Commerce | 84 South Street | Waltham | MA | 02453 | $3.12 |
| Warren J. Hurwitz | 233 Needham Street Suite | Newton Upper Falls | MA | 02464 | $14.87 |
| WB Mason Co, Inc. | P.O. Box 55840 | Boston | MA | 02205 | $35.96 |
| Webster Veterninary Supply | 28905 Network Place | Chicago | IL | 60673 | $22.96 |

| VETCISION | | | | | |
|---|---|---|---|---|---|
| Creditor | Street | City | State | Zip | Remaining Distributions |
| AAMC Boston | 350 South Huntington Ave | Jamaica Plain | MA | 02130 | $115.02 |
| AM-PM Cleaning Corporation | 24 Adams Street | Qunicy | MA | 02169 | $65.15 |
| American Animal Hospital Association | P.O. Box 172108 | Denver | CO | 80217 | $36.34 |
| Animal Blood Resources, International | P.O. Box 1118 | Dixon | CA | 95620 | $153.49 |
| Antech Laboratories Dept | 17672-A Cowan Ave, Suite 200 | Irvine | CA | 92614 | $836.14 |
| Arrow International, Inc. | P.O. Box 60519 | Charlotte | NC | 28260 | $89.45 |
| Arrow Paper Corp | 228 Andover Street | Wilmington | MA | 01887 | $21.79 |
| Associate X-Ray Imaging Corp | 49 Newark Street | Haverhill | MA | 01832 | $141.05 |
| Autoclave Testing Service, Inc. | P.O. Box 270 | Pearl River | NY | 10965 | $10.33 |
| Bayer HealthCare Animal Health Division | P.O. Box 12106 | Dallas | TX | 75312 | $65.41 |
| Blue Prints Veterinary Marketing Group | 9121 Atlanta Avenue, #328 | Huntington Beach | CA | 92646 | $2,295.47 |
| Business Wire, Inc. | 44 Montgomery Street, 39th Floor | San Francisco | CA | 94104 | $19.13 |
| Butler Animal Health Supply | 400 Metro Place North | Dublin | OH | 43017 | $1,661.79 |
| Citibank | 100 Citibank Dr., P.O. Box 769004 | San Antonio | TX | 78245 | $8,263.69 |
| Comfort Air Systems, Inc. | 119 Herbert Street | Framingham | MA | 01702 | $81.16 |
| Community Newspaper Co. | P.O. Box 9113 | Needham | MA | 02492 | $32.04 |
| Dechra Veterinary Products, LLC | P.O. Box 28095 | Kansas City | MO | 64188 | $46.29 |
| Deluxe Business Systems | P.O. Box 742572 | Cincinatti | OH | 45274 | $1.53 |
| FedEx Freight | P.O. Box 840 | Harrison | AR | 72602 | $28.03 |
| Forget-Me-Not Pet Crematory, Inc. | 80 Lyman St., P.O. Box 134 | Northborgh | MA | 01532 | $354.25 |
| Gatto McFerson, CPA | 528 Arizona Ave, Suite 201 | Santa Monica | CA | 90401 | $1,325.79 |
| Gleysteen Design LLC | 39 Sandy Pond Road | Lincoln | MA | 01773 | $483.80 |
| GreMed | 8880 NW 15 Street | Miami | FL | 33172 | $23.43 |
| Highland Capital Corporation | P.O. Box 1224 | Little Falls | NJ | 07424 | $13,496.13 |
| Landauer, Inc | 2 Science Road | Glenwood | IL | 60425 | $78.16 |
| Lands End Business Outfitters | P.O. Box 217 | Dodgeville | WI | 53533 | $2.60 |
| Mac Gray | 44 Wyman Street, Suite 400 | Waltham | MA | 02451 | $10.71 |
| Massachusetts Department of Revenue | P.O. Box 9564 | Boston | MA | 02114 | $11.00 |
| Middlesex Savings Bank | 6 Main Street | Natick | MA | 01760 | $28,440.94 |
| Navix Diagnostics, Inc. | P.O. Box 3698 | Boston | MA | 02241 | $19.13 |
| Nayla Daly | 39 Porter Street | Westwood | MA | 01890 | $303.38 |

| Name | Address | City | State | Zip | Amount |
|---|---|---|---|---|---|
| New England Veterinary | 10 Trinity Road | Winchester | MA | 01890 | $234.95 |
| New England Veterinary Oncology Group | 180 Bear Hill, Suite C | Waltham | MA | 02451 | $1,112.90 |
| New England X-Ray, Inc. | 1507 Post Road | Warwick | RI | 02888 | $45.83 |
| Office of the Attorney General | One Ashburton Place | Boston | MA | 02108 | $22.95 |
| One Communications Collection Agency | 5 Wall Street | Burlington | MA | 01803 | $11.81 |
| Paula F. Moon-Massat | Pollack & Flanders, 185 Devonshire St | Boston | MA | 02110 | $234.95 |
| PetRays, LP | Lewis & Barnes, 4801 Woodway Drive | Houston | TX | 77056 | $306.25 |
| Physical Sales & Services, Inc. | 4 Thatcher Lane | Wareham | MA | 02571 | $179.94 |
| Pitney Bowes | P.O. Box 856390 | Louisville | KY | 40285 | $12.89 |
| River Valley Credit Union | 505 Earl Blvd. | Miamisburg | OH | 45342 | $1,530.31 |
| RM Foley, Inc | 180 Kerry Place | Norwood | MA | 02062 | $32.14 |
| Sheela Devarakonda | 1001 Worcester Road | Framingham | MA | 01701 | $573.87 |
| Small Business Administration | 10 Causeway Street, Room 265 | Boston | MA | 02222 | $164,971.91 |
| Sound Technologies | 5817 Dryden Place, Suite 101 | Carlsbad | CA | 92008 | $449.24 |
| Southern Anestesia & Surgical | One Southern Court West | West Columbia | SC | 29169 | $156.95 |
| Sovereign Bank | One Sovereign Way | Riverside | RI | 02915 | $6,503.83 |
| Spectrum Surgical Instruments Corp | 4575 Hudson Drive | Stow | OH | 44224 | $60.37 |
| Stericycle Inc. | P.O. Box 9001590 | Louisville | KY | 40290 | $178.81 |
| TBF Financial, LLC | 520 Lake Cook Road, Suite 510 | Deerfield | IL | 60015 | $293.32 |
| Verizon Wireless | P.O. Box 3397 | Bloomington | IL | 61702 | $169.67 |
| Vet Surgical Resources | 1145 Stafford Road | Darlington | MD | 21034 | $811.81 |
| VIA | 2401 Internet Blvd., Suite 111 | Frisco | TX | 75034 | $269.06 |
| Waltham West Suburban Chamber of Commerce | 84 South Street | Waltham | MA | 02453 | $19.89 |
| Warren J. Hurwitz | 233 Needham Street Suite | Newton Upper Falls | MA | 02464 | $94.88 |
| WB Mason Co, Inc. | P.O. Box 55840 | Boston | MA | 02205 | $229.48 |
| Webster Veterinary Supply | 28905 Network Place | Chicago | IL | 60673 | $146.51 |
| | | | | | $0.00 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

```
_____
In Re:                               )
                                     )      Chapter 11
VETCISION, LLC                       )      Case No. 10-17122-HJB
                                     )
     Debtor                          )
_____)
In Re:                               )
                                     )      Chapter 11
CHIRON PROPERTIES, LLC               )      Case No. 10-17143-HJB
                                     )
     Debtor                          )
_____)
```

**AFFIDAVIT REGARDING MOTION FOR FINAL
DECREE AND CLOSING ORDER**

I, Brian Huss, being duly sworn, hereby depose and state the following:

1. I am the Manager of Vetcision, LLC and Chiron Properties, LLC (the "Debtors"). The within cases were commenced as a voluntary petition under Chapter 11 of the U.S. Bankruptcy Code on June 30, 2010. I am making this Affidavit in support of a motion for a Final Decree and Order closing the above-mentioned matter. I make this Affidavit as to facts within my personal knowledge.

2. I have overseen and conducted the business of the Debtors since 2004. I have been actively involved in the daily operations of the business and have been responsible for overseeing the general management and financial affairs.

3. The Debtors have paid or made arrangements to pay all post confirmation costs and expenses for the operation of its business in the ordinary course of business.

4. The Debtors have paid or made arrangements to pay all administrative expenses, including attorney's fees.

1

2

5. The Debtor has paid all priority wage claimants.

6. The Debtors or their counsel have mailed the first general unsecured dividends to each claimant.

7. The Debtors made the first installment of priority tax payments in accordance with the plan.

8. The Debtors have substantially consummated its First Amended Plan of Reorganization.

Signed under the pains and penalties of perjury this 19th day of July 2012.

/s/ Brian Huss
Brian Huss
Manager
Vetcision, LLC & Chiron Properties, LLC

2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

_____
In Re:                                              )
                                                    )    Chapter 11
VETCISION, LLC                                      )    Case No. 10-17122-HJB
                                                    )
    Debtor                                          )
_____)
In Re:                                              )
                                                    )    Chapter 11
CHIRON PROPERTIES, LLC                              )    Case No. 10-17143-HJB
                                                    )
    Debtor                                          )
_____)

**AFFIDAVIT OF DEBTORS' COUNSEL REGARDING MOTION FOR FINAL DECREE AND ORDER CLOSING THE CASE**

I, John McAuliffe, do hereby make, under oath, based on personal knowledge, my sworn statement as follows:

1. I am Counsel to the Debtors Vetcision, LLC and Chiron Properties, LLC (the "Debtors"). The within cases were commenced as a voluntary petition under Chapter 11 of the U.S. Bankruptcy Code on June 30, 2010. I am making this Affidavit in support of a Motion for a Final Decree and Final Order closing the case.

2. My firm has been paid the amount approved by the Bankruptcy Court and has made arrangements with the Debtor for the payment of the remainder of the fees owed. In addition, upon information and belief Debtors have paid the post-confirmation trustee fees to the United States Trustee's office as well as the administrative taxes owed to the City of Waltham.

3.  On or about June 18, 2012, the Debtors paid the initial dividend directly to the class six unsecured claimants as well as the initial priority payment to the City of Waltham and Massachusetts Department of Revenue. (See Exhibit B of the Motion for Entry of Final Decree).

4.  To the best of my knowledge, the Debtor has complied with all other terms of its First Amended Plan of Reorganization and has substantially consummated its Plan.

Signed under the Pains and Penalties of perjury this 20th day of July 2012.

/s/ John M. McAuliffe
John McAuliffe, Esq.
McAuliffe & Assoc., P.C.
430 Lexington Street
Newton, MA 02466
(617) 558-6889
BBO # 555109